No. 717. CORCORAN *v.* ROYAL DEVELOPMENT CO. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David M. Palley* for petitioner. *Mr. Harold E. Stonebraker* for respondent.

No. 730. A. B. *v.* C. D. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Samuel G. Wagner* and *David L. Ullman* for petitioner. *Mr. Thomas Raeburn White* for respondent.

No. 722. DYESS *v.* MILLER. December 8, 1941. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. H. Russell Bishop* and *H. D. Driscoll* for petitioner.

No. 725. CONWAY, TRADING AS CONWAY NEGLIGEES, ET AL. *v.* STONE, TRUSTEE, ET AL. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *James Conway, pro se. Mr. Frank L. Weil* for respondents.

No. 726. COOK, TRUSTEE, *v.* HANNAH ET AL. December 8, 1941. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Mr. L. W. Powers* for petitioner. *Mr. John E. Mulroney* for respondents.

No. 727. BARBOUR *v.* COMMISSIONER OF INTERNAL REVENUE. December 8, 1941. Petition for writ of certiorari

692

to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George M. Wolfson* for petitioner. *Solicitor General Fahy* and *Messrs. J. Louis Monarch* and *Harry Marselli* for respondent.

No. 728. ELIAS *v.* COMMISSIONER OF INTERNAL REVENUE. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edgar B. Bronson* and *Jeremiah T. Mahoney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *L. W. Post* for respondent.

No. 737. WALGREEN COMPANY ET AL. *v.* GLADE. December 8, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. C. Paul Parker* for petitioners. *Messrs. George Bayard Jones, George A. Chritton,* and *Russell Wiles* for respondent.

No. 554. SPENCER ET AL. *v.* LUCKENBACH GULF STEAMSHIP CO. ET AL. On petition for writ of certiorari to the Supreme Court of Louisiana. December 15, 1941. Petitioners' motion to file a narrative form of testimony in lieu of questions and answers is denied for the reason that the Court, upon examination of all the papers submitted, finds no ground upon which a writ of certiorari should be issued. The petition for a writ of certiorari is therefore also denied. *J. B. Spencer, pro se.*

No. 713. TENNER *v.* DULLEA, CHIEF OF POLICE OF THE CITY AND COUNTY OF SAN FRANCISCO. On petition for writ